UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-CV-21588-CMA

ZELJKO PETROVIC,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD., a
Foreign corporation d/b/a PRINCESS
CRUISES, INC.,
STEINER TRANSOCEAN LIMITED,
STEINER LEISURE LIMITED, and
STEINER TRANSOCEAN U.S., INC.,

    Defendants.
_____/

**DEFENDANTS, STEINER TRANSOCEAN LIMITED, STEINER LEISURE LIMITED, AND STEINER TRANSOCEAN U.S., INC.'S, CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, STEINER TRANSOCEAN LIMITED, STEINER LEISURE LIMITED[1], and STEINER TRANSOCEAN U.S., INC.[2], by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

**CERTIFICATE OF INTERESTED PARTIES**

The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

---

[1] Defendant STEINER LEISURE LIMITED maintains they are an improper party to the subject suit and files this disclosure statement without submitting to the jurisdiction of this Court.

[2] Defendant STEINER TRANSOCEAN U.S., INC. maintains they are an improper party to the subject suit and files this disclosure statement without submitting to the jurisdiction of this Court.

CASE NO.: 12-CV-21588-CMA

Zeljko Petrovic
*Plaintiff*

Steiner Transocean Limited (corporate disclosure below)
*Defendant*

Steiner Leisure Limited (corporate disclosure below)
*Defendant*

Steiner Transocean U.S., Inc. (corporate disclosure below)
*Defendant*

Princess Cruise Lines, Ltd., a foreign corporation d/b/a Princess Cruises, Inc.
*Defendant*

Charles Lipcon, Esq.
Jason Margulies, Esq.
Richard Alsina, Esq.
Michael Winkleman, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
*Counsel for Plaintiff*

Curtis J. Mase, Esq.
Jennifer N. Hernandez, Esq.
Richard Greiffenstein, Esq.
Mase Lara Eversole, P.A.
*Counsel for Steiner Defendants*

Steve Holman, Esq.
Jeffrey Maltzman, Esq.
Maltzman & Partners, P.A.
*Counsel for Defendant Princess*

## CORPORATE DISCLOSURE STATEMENT

Steiner Transocean Limited is a non-governmental corporate party to the above styled action.

Steiner Leisure Limited is the parent company of Steiner Transocean Limited.

Steiner Leisure Limited owns more than 10% of the stock in Steiner Transocean Limited.

No other publicly held corporation owns 10% or more of Steiner Transocean Limited stock.

Dated: August 15, 2012,
Miami, Florida

CASE NO.: 12-CV-21588-CMA

Respectfully submitted,

/s/ *Jennifer N. Hernandez*_____
Jennifer N. Hernandez
jhernandez@mletrial.com
Florida Bar No.: 085961
Curtis J. Mase
cmase@mletrial.com
Florida Bar No.: 478083
Richard Grieffenstein
rgreiffenstein@mletrial.com
Florida Bar No.: 478083
Mase Lara Eversole, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Tel.: (305) 377-3770
Fax.: (305) 377-0080
*Attorneys for Defendants*
*(Steiner Transocean Limited, Steiner Leisure Limited, and Steiner Transocean U.S., Inc.)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jennifer N. Hernandez*
Jennifer N. Hernandez, Esquire

## SERVICE LIST

CASE NO.: 12-CV-21588-CMA

| | |
|---|---|
| Richard V. Alsina, Esq.<br>Ralsina@lipcon.com<br>Lipcon, Margulies, Alsina & Winkleman, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel.: (305) 373-3016<br>Fax: (305) 373-6204<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 320<br>Coral Gables, FL 33134<br>Tel.: (305) 779-5665<br>Fax.: (305) 779-5664<br>*Attorneys for Defendant*<br>*(Princess Cruise Lines, Ltd.)*<br><br>Jennifer N. Hernandez<br>jhernandez@mletrial.com<br>Florida Bar No.: 085961<br>Curtis J. Mase<br>cmase@mletrial.com<br>Florida Bar No.: 478083<br>Richard Grieffenstein<br>rgreiffenstein@mletrial.com<br>Florida Bar No.: 478083<br>Mase Lara Eversole, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Tel.: (305) 377-3770<br>Fax.: (305) 377-0080<br>*Attorneys for Defendants*<br>*(Steiner Transocean Limited, Steiner Leisure Limited, and Steiner Transocean U.S., Inc.)* |

18358//41